UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA M. CARTER, and all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>PETERSON ENERPRISES, INC., a Washington corporation, d/b/a Valley Empire Collection,<br><br>               Defendant. | NO: 2:15-CV-257-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Agreed Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 14. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Agreed Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), **ECF No. 14**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2.  All pending motions, if any, are **DENIED AS MOOT**.

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 5th day of May 2016.

                *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2